**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **JACKIE DEWAYNE OWENS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:13-CV-299 (MTT)** |
| | ) | |
| **BRUCE CHATMAN, *et al.*,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Stephen Hyles. (Doc. 90). The Magistrate Judge recommends granting the motion to dismiss filed by Defendants Fowlkes and Cochran because Plaintiff Owens failed to exhaust his administrative remedies. (Doc. 61). Instead of objecting, Owens appealed the Recommendation. (Doc. 100). The Eleventh Circuit dismissed the appeal for lack of jurisdiction. (Doc. 107). Because his appeal demonstrates that Owens objects to the Magistrate Judge's conclusion that the claims against Fowlkes and Cochran should be dismissed, the Court has reviewed the Recommendation de novo.

The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's claims against Cochran and Fowlkes are **DISMISSED without prejudice**.

**SO ORDERED**, this 30th day of March, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT